UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TARREN CLARK and OMG INVESTMENTS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:10CV200 MLM |
| WAKE FOREST UNIVERSITY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff OMG Investments is **DISMISSED** from this action in accordance with the Memorandum and Order entered herewith.

**IT IS HEREBY ORDERED** that plaintiff Tarren Clark's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 17th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE